UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK C. BROWN,

        Plaintiff,

-vs-

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

CIVIL NO. 12-14506

Judge Robert H. Cleland

**STIPULATION FOR AWARD OF ATTORNEY FEES UNDER
THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

Plaintiff and Defendant, by their respective counsel, stipulate to an award to Plaintiff of attorney fees and expenses in the amount of $6,000 in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act in the above case. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Plaintiff and Defendant move that the Court award Plaintiff EAJA fees and expenses in the amount of $6,000.

Any fees paid belong to Plaintiff and not his attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521 (June 14, 2010). After the court enters this award, if

counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to Plaintiff's signed statement assigning any EAJA fees to his attorney.

                                            Respectfully submitted,

                                            BARBARA L. McQUADE
                                            United States Attorney

| s/Kiel J. Roeschke[1] | s/ Russell J. Cohen |
|---|---|
| Kiel J. Roeschke | Russell J. Cohen |
| Stu Johnson & Associates, P.C. | Special Assistant United States Attorney |
| 30500 Van Dyke Ave., Ste. 400 | Social Security Administration |
| Warren, MI 48093 | Office of the General Counsel |
| (586) 573-8800 | 200 West Adams Street, 30th Floor |
| E-mail: kiel@damichigan.com | Chicago, IL 60606 |
| | (877) 800-7578 ext. 19114 |
| | E-mail: russell.cohen@ssa.gov |

                                            <u>Local Counsel:</u>
                                            Laura Anne Sagolla
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI 48226
                                            (313) 226-0249
                                            E-mail: usamie.ecfcivildcu@usdoj.gov

DATED: January 22, 2014

---

[1] Signed for with consent obtained by Special Assistant United States Attorney Russell J. Cohen, from Kiel Roeschke via email on January 22, 2014.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK C. BROWN,

      Plaintiff,

  -vs-

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

CIVIL NO. 12-14506

Judge Robert H. Cleland

## ORDER

This matter comes before the Court on the parties' Stipulation for Award of Attorney Fees Under the EAJA.

And the Court, having read the Stipulation and being duly advised, hereby orders that: Plaintiff be awarded:

    $6,000 for attorney fees and expenses under 28 U.S.C. § 2412(d), and

    $0 for costs under 28 U.S.C. § 2412(a).

This award will satisfy all Plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412.

                                        s/Robert H. Cleland
                                        Robert H. Cleland
                                        United States District Judge

DATED: January 23, 2014